AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

|  |  |
|---|---|
| United States of America<br>v.<br><br>MATTHEW LEBRUN<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:22–mj–00078
Assigned To : Harvey, G. Michael
Assign. Date : 4/8/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   MATTHEW LEBRUN                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building);
40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F)(G); (Parade, Demonstrate, or Picketing in a Capitol Building).

Date:      04/08/2022                    _G.M. Harvey_

Digitally signed by G.
Michael Harvey
Date: 2022.04.08
15:40:33 -04'00'

_Issuing officer's signature_

City and state:      Washington, D.C.                    G. Michael Harvey, United States Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 04-08-2022 , and the person was arrested on _(date)_ 04-13-2022 at _(city and state)_ New Orleans, Louisiana .<br><br>Date: 04-13-2022          _David Butler_<br>_Arresting officer's signature_<br><br>David Butler   Special Agent<br>_Printed name and title_ |